| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Todd R Hylton** | Social Security number or ITIN | xxx–xx–0830 |
| | First Name   Middle Name   Last Name | EIN | _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **April M Hylton** | Social Security number or ITIN | xxx–xx–3456 |
| | First Name   Middle Name   Last Name | EIN | _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of Utah | | Date case filed for chapter 7: | **10/31/22** |
| Case number:   **22–24281   RKM** | | | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov) or by calling the Voice Case Information System (VCIS) at 1–866–222–8029.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Todd R Hylton | April M Hylton |
| 2. | **All other names used in the last 8 years** | | fka April Vest |
| 3. | **Address** | 1253 North 575 West<br>Clearfield, UT 84015 | 1253 North 575 West<br>Clearfield, UT 84015 |
| 4. | **Debtor's attorney**<br>Name and address | Derek B. Beutler<br>Beutler Law<br>1218 West South Jordan Parkway<br>Suite C<br>South Jordan, UT 84095 | Contact phone 801–657–5040<br><br>Email:  jennelle@beutler–law.com |
| 5. | **Bankruptcy trustee**<br>Name and address | David L. Miller tr<br>P.O. Box 9<br>Farmington, UT 84025–0009 | Contact phone (801) 447–8777<br><br>Email:  davidlmillerpc@msn.com |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **1**
Date Generated: 11/7/22                                                                                                                        For more information, see page 2 >

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court<br>District of Utah<br>350 South Main #301<br>Salt Lake City, UT 84101<br><br>Clerk of Court: David A. Sime | Hours open: 8:00 AM to 4:30 PM, Monday – Friday<br><br>Contact phone: (801) 524–6687<br><br>Website: www.utb.uscourts.gov |
| 7. | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date.<br><br>All individual debtor(s) must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | Meeting to be held on:<br>**November 30, 2022 at 01:30 PM**<br><br>Location:<br>**Dial: (888) 921–8924 Ten Min Before Mtg, Participant Code: 7630463, By Teleconference (See Attached Notice for Instructions)** |
| 8. | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** 1/30/23 |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

# IMPORTANT
## READ THIS WELL BEFORE YOUR MEETING OF CREDITORS

**In an effort to contain the spread of Covid−19, until further notice, all Chapter 7, 11 and 12 meetings of creditors will be conducted by telephone. Debtors, attorneys, creditors, and others CANNOT APPEAR IN PERSON.**

**To participate in the meeting of creditors scheduled in this case, 10 minutes before the scheduled time, call the toll−free number listed in the 341 notice and use the participant code. Do not call any earlier than 10 minutes before your scheduled meeting of creditors.**

- o You must use a touch−tone phone.
- o Dial the call−in number and then enter the participant passcode, which consists of 7 numbers and is followed by a # sign.
- o Use a landline phone and not a cell phone, if possible.
- o Do not use the speaker phone function.
- o Make the call from a quiet area where there is as little background noise as possible.
- o Mute your phone and do not speak until the bankruptcy trustee calls your case. (Other meetings of creditors will likely be in session when you call in. You will still be able to hear the trustee even when your phone is muted.)
- o Unmute your phone when the trustee calls your case so that the trustee can hear you.
- o Wait until the trustee calls your case before speaking because more than one case will be waiting on the conference line at any given time.
- o When speaking, identify yourself.
- o Do not put the phone on hold at any time after the call is connected.
- o If more than one person is attending the meeting of creditors from the same location, each person should use separate touch−tone phones, if possible.
- o Once your meeting of creditors is finished, hang up.
- o If you become disconnected before your meeting of creditors is finished, call back.
- o If you are calling in from another country, please see the additional information available at: https://www.mymeetings.com/audioconferencing/pdf/GlobalAccessDialingInformation.pdf

- Debtors must provide valid government identification (such as a valid Utah Driver's License) and proof of their social security number (such as an original social security card) to their attorney prior to the meeting of creditors and show their identification to their attorney via a video communication system (such as Skype or Facetime, etc.) during the meeting of creditors.
- During the meeting of creditors, Debtors' attorneys will: (i) confirm on the record that they have reviewed the debtor's identification (stating what form of identification was reviewed) and whether the name on the identification matches the name on the petition and whether the picture and identifying information on the identification matches the debtor; and (ii) confirm on the record that they have reviewed proof of the debtor's social security number, what form of proof of social security number was reviewed, and whether the social security number on it matches what was reported to the court in the debtor's bankruptcy case.
- Debtors who cannot communicate with their attorney via a video communication system and debtors who filed without an attorney must copy, scan, or take a picture of their identification and proof of social security number and mail/email/send the copies or images to their trustee no later than two days prior to the meeting of creditors. Copies of identification and social security cards that are sent through the mail must be mailed early enough that the trustee receives it at least two days before the meeting.
- Debtors should have their bankruptcy documents available during the meeting of creditors in the event there are questions about the information in the documents.
- The meeting of creditors will be recorded by the trustee. Any other recordings are prohibited.

(UNITED STATES TRUSTEE'S INSTRUCTIONS. 03/20/2020)

United States Bankruptcy Court
District of Utah

In re:  Case No. 22-24281-RKM
Todd R Hylton  Chapter 7
April M Hylton
    Debtors

# CERTIFICATE OF NOTICE

District/off: 1088-2      User: admin      Page 1 of 4
Date Rcvd: Nov 07, 2022      Form ID: 309A      Total Noticed: 69

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Todd R Hylton, April M Hylton, 1253 North 575 West, Clearfield, UT 84015-9439 |
| 12114119 | + | AT&T Mobility, PO Box 5014 Carol Stream, IL, Carol Stream, IL 60197-5014 |
| 12114118 | + | After Pay, 16011 College Boulevard, Ste. 130, Lenexa, KS 66219-9877 |
| 12114128 | | Clio / Webbank, 1330 Pioneer Trail, Eden Prairie, MN 55347 |
| 12114129 | + | Colony /thrgh County Door, 302 South Main Street, Fitzgerald, GA 31750-2953 |
| 12114135 | + | Desert Rock Capital, 981 East 3300 South, Salt Lake City, UT 84106-2167 |
| 12114138 | + | Express Recovery Services INC, 2480 South Main Street, Ste. 208, Salt Lake City, UT 84115-3058 |
| 12114148 | | Klarna INC, 6247 North High Street, Ste. 300, Columbus, OH 43215 |
| 12114156 | + | LPG Law, 17542 East 17th Street, Suite 100, Tustin, CA 92780-1981 |
| 12114151 | + | Law Office of Edwin B Parry, PO Box 26415, Salt Lake City, UT 84126-0415 |
| 12114153 | + | Law Office of Spencer Lythgoe, 6681 Country Club Drive, Minneapolis, MN 55427-4601 |
| 12114152 | + | Law office of G. Scott Jensen, 205 26th St, #22, Ogden, UT 84401-3134 |
| 12114154 | + | Liberty Mutual Insurance, PO Box 958416, Lake Mary, FL 32795-8416 |
| 12114166 | + | Revvi / MRV Banks, 15373 Innovation Drive, Ste. 300, San Diego, CA 92128-3426 |
| 12114168 | + | Snowball Financial, 3001 Washington Blvd, Ogden, UT 84401-3722 |
| 12114169 | | Speedy Cash Corporate, 12276 San Jose Blvd., Orange Park, FL 32073 |
| 12114171 | + | State of Utah Attorney General, 127 South 500 East, Ste 500, Salt Lake City, UT 84102-1959 |
| 12114173 | + | Tanner Clinic, 2121 N 1700 W, Layton, UT 84041-1785 |
| 12114178 | + | TrueAccord, INC, 16011 College Blvd Suite 130, Lenexa, KS 66219-9877 |
| 12114179 | + | University of Utah Billing, 102 South 200 East, Ste. 200, Salt Lake City, UT 84111-3113 |
| 12114183 | | Zip INC, PO Box 59872, New York, NY 10003-1502 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: jennelle@beutler-law.com | Nov 07 2022 23:35:00 | Derek B. Beutler, Beutler Law, 1218 West South Jordan Parkway, Suite C, South Jordan, UT 84095 |
| tr | | EDI: FDLMILLER.COM | Nov 08 2022 04:33:00 | David L. Miller tr, P.O. Box 9, Farmington, UT 84025-0009 |
| 12114117 | + | Email/Text: Support@adastrarecoveryservicesinc.com | Nov 07 2022 23:36:00 | AD Astra Recovery Services, 7330 West 33rd Street North, Suite 118, Wichita, KS 67205-9370 |
| 12114120 | ^ | MEBN | Nov 07 2022 23:33:44 | AWA Collections, PO BOX 6605, Orange, CA 92863-6605 |
| 12114121 | + | EDI: BANKAMER.COM | Nov 08 2022 04:33:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 12114122 | + | EDI: TSYS2 | Nov 08 2022 04:33:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 12114123 | + | Email/Text: banko@bonncoll.com | Nov 07 2022 23:36:00 | Bonneville Collections, 6026 Fashion Point Drive, |

Case 22-24281   Doc 12   Filed 11/09/22   Entered 11/09/22 22:22:56   Desc Imaged
                        Certificate of Notice   Page 5 of 7

| District/off: 1088-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 07, 2022 | Form ID: 309A | Total Noticed: 69 |

| Recipient # | Delivery Method | Date/Time | Address |
|---|---|---|---|
| 12114126 | + EDI: PHINGENESIS | Nov 08 2022 04:33:00 | CB Indigo/GF, PO Box 4499, Beaverton, OR 97076-4499 |
| 12114124 | + EDI: CAPITALONE.COM | Nov 08 2022 04:33:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 12114125 | + EDI: CAPITALONE.COM | Nov 08 2022 04:33:00 | Capital One Bank, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 12114130 | + Email/Text: tiffany@commercialtrade.com | Nov 07 2022 23:35:00 | Commercial Trade Inc, 5330 Office Centre Ct, Bakersfield, CA 93309-1573 |
| 12114131 | + Email/Text: commonwealth@ebn.phinsolutions.com | Nov 07 2022 23:35:00 | Commonwealth Finance, 245 Main Street, Scranton, PA 18519-1641 |
| 12114132 | + EDI: CCS.COM | Nov 08 2022 04:33:00 | Credit Collection Services, PO Box 447, Norwood, MA 02062-0447 |
| 12114133 | + Email/PDF: creditonebknotifications@resurgent.com | Nov 07 2022 23:40:08 | Credit One, PO Box 98873, Las Vegas, NV 89193-8873 |
| 12114134 | + Email/PDF: creditonebknotifications@resurgent.com | Nov 07 2022 23:40:00 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 12114136 | + Email/Text: compliance@dontbebroke.com | Nov 07 2022 23:36:00 | Dollar Loan Center, 1789 West 7800 South, West Jordan, UT 84088-4017 |
| 12114137 | + Email/Text: bknotice@ercbpo.com | Nov 07 2022 23:36:00 | Enhanced Recovery, PO Box 23870, Jacksonville, FL 32241-3870 |
| 12114140 | + Email/Text: service@figloans.com | Nov 07 2022 23:36:00 | FIG Loans Texas LLC, 2245 Texas Drive, Ste. 300, Sugar Land, TX 77479-1468 |
| 12114127 |   Email/Text: BNSFS@capitalsvcs.com | Nov 07 2022 23:35:00 | CCS/ First Savings Bank, 500 East 60th Street North, Sioux Falls, SD 57104 |
| 12114141 | + EDI: AMINFOFP.COM | Nov 08 2022 04:33:00 | First Premier Bank, 601 South Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 12114142 |   Email/Text: crdept@na.firstsource.com | Nov 07 2022 23:36:00 | First Source Advantage LLC, PO Box 628, Buffalo, NY 14240-0628 |
| 12114143 | + EDI: PHINAMERI.COM | Nov 08 2022 04:33:00 | GM Financial, 4001 Embarcadero Drive, Arlington, TX 76014-4106 |
| 12114144 | + Email/Text: staff@hpsears.com | Nov 07 2022 23:36:00 | HP Sears, 2000 18th St, Bakersfield, CA 93301-4292 |
| 12114146 | + EDI: IRS.COM | Nov 08 2022 04:33:00 | IRS, 178 S Rio Grande St, Salt Lake City, UT 84101-1501 |
| 12114145 |   Email/Text: intermountainhealthcare.bankruptcy@r1rcm.com | Nov 07 2022 23:36:00 | Intermountain Healthcare Financial Servi, PO Box 30193, Salt Lake City, UT 84130-0193 |
| 12114147 | + Email/Text: key_bankruptcy_ebnc@keybank.com | Nov 07 2022 23:36:00 | Key Bank, 127 Public Square, Cleveland, OH 44114-1217 |
| 12114149 | + Email/Text: PBNCNotifications@peritusservices.com | Nov 07 2022 23:35:00 | Kohl's/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 12114150 |   Email/Text: PBNCNotifications@peritusservices.com | Nov 07 2022 23:35:00 | Kohls Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 12114155 | + Email/Text: legal@liftcredit.com | Nov 07 2022 23:36:00 | Lift Credit, 3214 North University Avenue, Suite 601, Provo, UT 84604-4405 |
| 12114158 |   Email/Text: ml-ebn@missionlane.com | Nov 07 2022 23:35:00 | Mission Lane, PO Box 105286, Atlanta, GA 30348 |
| 12114157 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 07 2022 23:39:59 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 12114159 | + Email/Text: m4u@mny4you.com | Nov 07 2022 23:36:00 | Money 4 You, 739 South Washington Boulevard, |

Ogden, UT 84403-4851

Case 22-24281   Doc 12   Filed 11/09/22   Entered 11/09/22 22:22:56   Desc Imaged
Certificate of Notice   Page 6 of 7

| District/off: 1088-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 07, 2022 | Form ID: 309A | Total Noticed: 69 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Ogden, UT 84404-4953 |
| 12114160 | + | Email/Text: bankruptcy@moneylion.com | Nov 07 2022 23:36:00 | MoneyLion Inc, PO Box 1547, Sandy, UT 84091-1547 |
| 12114161 | | EDI: AGFINANCE.COM | Nov 08 2022 04:33:00 | OneMain Financial, 4145 Riverdale Road, Ogden, UT 84405-3509 |
| 12114162 | + | Email/Text: opportunitynotices@gmail.com | Nov 07 2022 23:36:00 | Opp Loans, 130 E Randolph St, Ste 3400, Chicago, IL 60601-6379 |
| 12115776 | + | EDI: RECOVERYCORP.COM | Nov 08 2022 04:33:00 | Orion, Care of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 12114163 | | EDI: PRA.COM | Nov 08 2022 04:33:00 | Portfolio Recovery Associates, 120 Corporate Blvd Suite 100, Norfolk, VA 23502 |
| 12114165 | | Email/Text: bankruptcy@possiblefinance.com | Nov 07 2022 23:35:00 | Possible Finance, 2231 First Ave. #B, Seattle, WA 98121 |
| 12114167 | | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Nov 07 2022 23:35:00 | Sezzle INC, 251 1st Avenue North, Ste. 200, Minneapolis, MN 55401 |
| 12114172 | + | EDI: RMSC.COM | Nov 08 2022 04:33:00 | SYNCB / JCPenny, PO Box 965007, Orlando, FL 32896-5007 |
| 12114170 | + | Email/Text: bankruptcy@speedyinc.com | Nov 07 2022 23:36:00 | Speedy/Rapid Cash, P.O. Box 780408, Wichita, KS 67278-0408 |
| 12114174 | + | Email/Text: jcissell@bankofmissouri.com | Nov 07 2022 23:36:00 | TBOM - Milestone, 216 West 2nd Street, Dixon, MO 65459-8048 |
| 12114175 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 07 2022 23:35:00 | TBOM / ATLS / Aspire, 5 Concourse Parkway, Ste. 400, Atlanta, GA 30328-9114 |
| 12114176 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 07 2022 23:35:00 | TBOM / ATLS / Fortiva, PO Box 105555, Atlanta, GA 30348-5555 |
| 12114177 | + | Email/Text: bankruptcy@checkcity.com | Nov 07 2022 23:36:00 | TOSH, Inc. dba Check City, P.O. Box 970851, Orem, UT 84097-0851 |
| 12114180 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Nov 07 2022 23:36:00 | US DEPT OF ED/GLELSI, PO BOX 7860, Madison, WI 53707-7860 |
| 12114181 | + | EDI: UTAHTAXCOMM.COM | Nov 08 2022 04:33:00 | Utah State Tax Commission, 210 N 1950 W, Salt Lake City, UT 84134-9000 |
| 12114182 | + | Email/Text: bk@worldacceptance.com | Nov 07 2022 23:36:17 | World Finance Co, 108 Frederick Street N, Greenville, SC 29607-2532 |

TOTAL: 48

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 12114139 | *+ | Express Recovery Services INC, 2480 South Main Street, Ste. 208, Salt Lake City, UT 84115-3058 |
| 12114164 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, 120 Corporate Blvd Suite 100, Norfolk, VA 23502 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 1088-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Nov 07, 2022 | Form ID: 309A | Total Noticed: 69 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 09, 2022         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David L. Miller tr | davidlmillerpc@msn.com  dlm50@trustesolutions.net |
| Derek B. Beutler | on behalf of Debtor Todd R Hylton jennelle@beutler-law.com  derek@beutler-law.com;lawbr98184@notify.bestcase.com |
| Derek B. Beutler | on behalf of Joint Debtor April M Hylton jennelle@beutler-law.com  derek@beutler-law.com;lawbr98184@notify.bestcase.com |
| United States Trustee | USTPRegion19.SK.ECF@usdoj.gov |

TOTAL: 4